TOMMY GRIFFIN                                          PETITIONER

VS.                              CIVIL ACTION NO. 3:16CV261TSL-RHW

WARDEN B. MOSLEY                                       RESPONDENT

ORDER

   This cause is before the court on the report and recommendation
of Magistrate Judge Robert H. Walker entered on October 30, 2018,
recommending that Griffin's § 2241 petition be dismissed.
Petitioner Tommy Griffin has not filed an objection and the time for
doing so has expired.  Having reviewed the report and
recommendation, the court concludes that the report and
recommendation is well taken and hereby adopts, as its own opinion,
the magistrate judge's report and recommendation.

   Based on the foregoing, it is ordered that the report
and recommendation of United States Magistrate Robert H. Walker
entered on October 30, 2018, be, and the same is hereby, adopted as
the finding of this court.  Accordingly, it is ordered that the
petition is dismissed.

   A separate judgment will be entered in accordance with Rule 58
of the Federal Rules of Civil Procedure.

   SO ORDERED this 10th day of December, 2018.


                        /s/ Tom S. Lee_____
                        UNITED STATES DISTRICT JUDGE